JS-6

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY SCHULER, an individual, | Case No. 2:22-cv-2422-JLS-RAO |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |
| v. | |
| BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive, | Date Action Filed: February 23, 2022<br>Hon. Josephine L. Staton |
| Defendants. | |

# **ORDER**

Pursuant to the stipulation of the Parties requesting that this entire action be dismissed with prejudice, and the Parties' request that this Court retain jurisdiction to enforce the Parties' Settlement Agreement, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. This entire matter is dismissed with prejudice; and
2. The Court retains jurisdiction over the Parties for a period not to exceed six months from the date of this Order to enforce the terms of the Settlement Agreement.

Date: June 12, 2022

_____

Hon. Josephine L. Staton

United States Judge